UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Birim Group, LLC** A California Limited Liability Company, Assignee, **Plaintiff,** vs. **Paa Kwesi Nduom**, a.k.a. Dr. Paa Kwesi Nduom, Papa Kwesi Nduom, Kwesi P. Nduom, an individual; **GN Bank**, an Illinois Federally-chartered Financial Institution; **International Business Solutions, LLC,** a Virginia Limited Liability Company; **GROUPE NDUOM USA LLC**; a Nevada Company; **GN USA LLC**, a Nevada Company; **GN Money, LLC**, a Nevada Company**; Groupe Nduom**, a Ghana Company; **GN Bank**, a Ghana Company; **Gold Coast Fund Management**, a.k.a. Blackshield Capital Management, a Ghana Company; **Yvonne Nduom**, an individual; **Nana Kweku Nduom**, an individual; **Edjah Nduom**, an individual, **Nana Aba Nduom**, an individual; **Robert Klamp**, an individual; **James L. Buckner**, an individual; **Lisa Finch**, an individual; **Francis Baffuor**, an individual; **William C. Goodall**, an individual; **Donald Davidson**, an individual and DOES 1 through 100, Inclusive**,** **Defendants.** | **CASE NO.:** 1:20-cv-07198 **EXHIBIT B** |





**GOLD COAST**
Investment advice worth its weight in Gold

GN BANK RECEIVED 2 3 NOV 2017 SAKUMONO



## APPLICATION FORM

### INDIVIDUAL

**TYPE OF INVESTMENT**

- [ ] STOCKS / SHARES
- [ ] COLLECTIVE INVESTMENT SCHEME (CIS)
- [ ] BANK OF GHANA / GOG TREASURY PAPER
- [ ] PRIVATE ASSET MANAGEMENT
- [ ] OTHERS



**SURNAME:** AMANPENE-SEKYERE

**FIRSTNAME:** MAVIS

**OTHERS:**

**BRANCH:**

**ACCOUNT NUMBER:**

Phone: +233 30-290-2068 / +233 30-221-1411 / +233 50-141-0497
Email: info@gcfmghana.com
Head Office Address:
C625/3 Fourth Crescent Road
Asylum Down
Accra - Ghana

Personal ☑  Joint Application ☐  ITF in trust for ages below 18 years ☐

New Account ☐  Existing ☐
☐ PEP  RP: ☐ High ☐
☐ Low

## 2. YOUR PERSONAL INFORMATION

**FIRST APPLICANT**  Gender: ☐ Male  ☑ Female

Title: ☐ Mr.  ☑ Mrs.  ☐ Ms.  ☐ Dr.  Other: _____

Surname (Last Name): AMANPENE-NEKYERE

First/Others Names: MAVIS

Date of Birth: 0 7 [redacted] DD/MM/YY  Marital Status: ☐ Single ☐ Divorced ☐ Married ☐ Widowed

Nationality: GHANAIAN  Country of Residence: GHANA

Mobile Phone: 0 2 0 0 6 [redacted]  Residential Phone: 0 3 0 2 [redacted]

Postal Address: ____

Residential Address: ____

Email: Richm[redacted]

Mother's Maiden Name: ____

Occupation: [redacted]  (Nurse, Trader, Mechanic, Student etc.)

Name of Employer/School: [redacted]

Level of education attained: ☐ Basic  ☐ Diploma  ☐ Graduate  ☑ Postgraduate  ☑ Other

Valid Photo ID: ☑ Voter's ID  ☐ National ID  ☐ Driver's License  ☐ Passport  ☐ Other _____

ID Number: _____  Date of Expiration: _____ DD/MM/YY

PASSPORT PICTURE

## THE ACCOUNT BEING APPLIED FOR IS

Joint Application ☐  ITF in trust for ages above 18 years ☐

**SECOND APPLICANT**

Title: ☐ Mr.  ☐ Mrs.  ☐ Ms.  ☐ Dr.  Other: _____

Surname (Last Name): ____

First/Others Names: ____

Date of Birth: _____ DD/MM/YY  Marital Status: ☐ Single ☐ Divorced ☐ Married ☐ Widowed

Nationality: ____  Country of Residence: ____

Mobile Phone: ____  Residential Phone: ____

Postal Address: ____

Residential Address: ____

Email: ____

Mother's Maiden Name: ____

Occupation: ____  (Nurse, Trader, Mechanic, Student etc.)

Name of Employer/School: ____

Level of education attained: ☐ Basic  ☐ Diploma  ☐ Graduate  ☐ Postgraduate  ☐ Other

Valid Photo ID: ☐ Voter's ID  ☐ National ID  ☐ Driver's License  ☐ Passport  ☐ Other _____

ID Number: _____  Date of Expiration: _____ DD/MM/YY

PASSPORT PICTURE

A/C̶... ☐ NEW ☐ EXISTING

**ACCRA**

# GOLD COAST FUND MANAGEMENT

### MONEY MARKET INVESTMENT – STRUCTURED FINANCE FORM

**Personal Details**

Client Account Name: MAVIS AMANPENE - SEKYERE

Client Account Number:

Date of Birth/Date of Incorporation: 07 ▓▓▓ Sex: FEMALE

Home Address (Location): ▓▓▓ AIR PORT - ACCRA

Postal Address: c/o ▓▓▓, AIR PORT - ACCRA

Personal ID Number: 385893208 Type of ID: ▓▓▓

Email address:

Contact Phone (Office/Home): 030▓▓▓ (Mobile): 02▓▓▓

**Transaction Details:**

Amount (in words): ONE HUNDRED THOUSAND GHANA CEDIS ONLY

Amount (in figures): GH¢ 100,000.00 Cheque No./Cash:

Expected Return (per annum):

Instrument Applied For:* ☐ 30-Day ☐ 60-Day ☑ 91-Day ☐ 182Day ☐ 1-Year ☐ 2-Years

Investment Options: ☐ Redeem Principal + Interest on Maturity. ☑ Rollover Principal only on Maturity
☐ Rollover Principal + Interest on Maturity.

Transaction Options: ☑ New Transaction ☐ Top Up On Maturity To TR no ..........
☐ Rediscount & Top Up To TR no..........

By Order of: Amanpene-Sekyere Mavis
Date: 24/11/17
Signature: [signed] Verified
Time: 00 am

**Official Use Only:**

GC Receipt Number: _____ Account Deposited: _____

Investment Date: / / Investment Rate:

Manager/Receiving officer Signature:

Authorising Signature (CSM):

5 Mozambique Link, Adj. Coconut Grove (Regency)
P.O. Box GP 17187, Accra
Tel: 0302-211411
Email: info@gcsinvestments.com; Website: www.goldcoastfundmanagement.com

## YOUR BANK DETAILS

**Please give details of your bank account**

Name of Bankers: ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

Account Number: ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐   Date this account was opened: ☐☐☐☐☐☐ DD/MM/YY

Please indicate which of the following cards you hold: ☐ Other Credit Card ☐ Other / Debit / Switch Card

Branch: _____   ☐ Visa / Master ☐ Our Cheque / Switch Card

What is your total annual income (before tax and deductions) GHC _____

Please indicate across if your salary is paid directly to your bank: ☐ Yes ☐ No

When are you paid? eg. weekly, monthly, e.t.c: _____

### ITF Instructions (for ages below 18)

| | Surname | First Name | Date of Birth |
|---|---|---|---|
| 1. | | | |
| 2. | | N/A | |
| 3. | | | |

### 4 BENEFICIARY LIST

| | Name(s) | Relationship | Date of birth | % of Asset | Phone Number |
|---|---|---|---|---|---|
| 1. | [redacted] | | 30/[..] | 50% | 020[...] |
| 2. | [redacted] | | 9/[..] | 50% | 020[...] |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

N.B. Percentage allocated to beneficiaries should sum up to 100%. Kindly note that Gold Coast Fund Management Ltd will surrender what is contained in a legal document such as a will or letter of agreement authenticated by our legal team in the event of administering a deceased person's estate. It is very important you state your wishes regarding your beneficiaries named for your investment in your will if that is your ultimate decision.

Next of Kin: Amanpene Setyere _____ Relationship: _____ Phone Number: 030[...]

GOLD COAST FUND MANAGEMENT LIMITED will hold securities free of charge, for you or register and deliver them in your name. If you wish, we will hold securities for your convenience. This eliminates the chance of loss, facilitates the collection of dividend and interest, provides you with detailed accounting of securities in your account.

Securities ☐ Hold ☐ Mail   Proceeds ☐ Hold ☐ Mail   Dividends ☐ Hold ☐ Mail

### 5 RISK ASSESSMENT QUESTIONNAIRE

Risk tolerance: ☐ Low ☐ Medium ☐ High

What is your planned duration of investment? ☐ Less than a year ☐ 3 to 5 years ☐ 1 to 2 years ☐ More than 5 years

How many months of emergency fund do you have? ☐ None ☐ 1 year and above ☐ less than 1 year

Source of funds for investment: ☐ Wages ☐ Trade ☐ Salary ☐ Other

Nature of business: _____

### 6 PLEASE PROVIDE INFORMATION ABOUT YOUR INVESTMENT PLAN

Overall Investment Objective is:
- Capital Preservation ☐
- Income ☐
- Growth ☐
- Speculation ☐

Investment Knowledge:
- None ☐
- Limited ☐
- Good ☐
- Extensive ☐

Investment option:
- Fixed-income securities ☐
- Stock ☐
- Bonds ☐
- Balance ☐
- Unit Trust ☐
- Mutual Funds ☐

Monthly installation plan (GHC):
- Under (GHC 50) ☐
- 50 - 100 ☐
- 100 - 500 ☐
- 500 - 1000 ☐
- 1000 - 5000 ☐
- Above 5000 ☐

Liquid net worth is (GHC):
- Under (GHC 100) ☐
- 100 - 500 ☐
- 500 - 1000 ☐
- 1000 - 2500 ☐
- 2500 - 5000 ☐
- Above 5000 ☐

Type of Product / service: _____

Indicate the monthly instalment amount (GHC): _____   Number of dependents: _____

How did you hear about GOLD COAST FUND MANAGEMENT LIMITED? Radio ☐   Newspaper ☐   Website ☐   Word of mouth ☐   Others ☐

### 7 SIGNATURES

I / We hereby request that GOLD COAST FUND MANAGEMENT LIMITED open an investment account in the name(s) listed as account holder(s) on this application. All transactions shall be subject to rules, customs and usage of the exchange, market or clearing-house where executed and all applicable regulations under the securities industry law of 1993.

Signature of first applicant: [signature]   Date: 24/6/17   One to sign

Signature of second applicant: _____   Date: _____   Two to sign

### 8 OFFICIAL USE ONLY

Account Signup SEC LICENSED STAFF:   Name _____   Signature _____   Branch _____   Date _____

Account Setup SEC LICENSED STAFF:   Name _____   Signature _____   Branch _____   Date _____

Authorizing Manager:   Name _____   Signature _____   Branch _____   Date _____

## TERMS & CONDITIONS OF TRANSACTIONS

*(Please read the following carefully before filling the Order Form. Sign and return it to the Receiving Official, only after you have satisfied yourself that you fully understand the provisions. Feel free to ask our Customer Support staff for any clarifications if necessary or contact the Manager)*

1. **Instructions:** Tick the investment options that best suits your order, especially your instructions on the treatment of your discount (interest), rollovers, etc.

2. **Rediscount /Redemption:**
A rediscount would attract a penalty on the interest accrued. This would be communicated to the customer.

Rediscounts would not apply to bills that would mature in a week or less. You may apply (fill a form) at the nearest GCFM office, attaching your original receipt and a valid national ID for a redemption or rediscount. To transact business via email, you will be required to sign to a GCFM email indemnity clause alongside providing any document that will be requested for as may be deemed necessary

3. **Notice:** GCFM would require 3 working days notice on/before the maturity date for redemptions and rediscounts.

4. **Settlements:** Drafts /Cash are the normal settlement instruments. The client bears all the risks involved in giving any instructions counter to this arrangement.

5. **Agent:** If you are buying for and on behalf of another person, group, or fund, your endorsement of the form will be deemed to represent the acceptance of the one on whose behalf you are making this commitment.

6. **Disclosure Policy:** GCFM holds its Disclosure Policy sacred, and would take the time to explain all the risks, limitations, opportunities and facts about this investment you are about to make. However, we expect you to leave nothing to implied meaning; ask the receiving officer for any clarifications and information that you require to make a decision.

7. **Note:** All investments will be purchased on daily basis. However, investments with cheques would be set up after they have cleared.

8. **Rollover Option:** Weekly prevailing interest rates will be applied to all rollovers.

9. Please note that there is an administrative fee charged on both individual and corporate accounts.

## MANDATE

10. I/We **NAOS AMAHOYE- SESYEPE** have mandated Gold Coast Fund Management to invest my/ our funds on my/ our behalf and I am/we are in agreement with all the terms and condition sighted herein.

SIGNATURE............................... DATE **24TH November, 2017**

*Verified*

5 Mozambique Link, Adj. Coconut Grove (Regency)
P.O. Box GP 17187, Accra
Tel: 0302-211411
Email: info@gcsinvestments.com; Website: www.goldcoastfundmanagement.com

