UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Birim Group, LLC**<br>A California Limited Liability Company, Assignee,<br>            **Plaintiff,**<br>    vs.<br><br>**Paa Kwesi Nduom**, a.k.a. Dr. Paa Kwesi Nduom, Papa Kwesi Nduom, Kwesi P. Nduom, an individual; **GN Bank**, an Illinois Federally-chartered Financial Institution; **International Business Solutions, LLC,** a Virginia Limited Liability Company; **GROUPE NDUOM USA LLC**; a Nevada Company; **GN USA LLC**, a Nevada Company; **GN Money, LLC**, a Nevada Company**; Groupe Nduom**, a Ghana Company; **GN Bank**, a Ghana Company; **Gold Coast Fund Management**, a.k.a. Blackshield Capital Management, a Ghana Company; **Yvonne Nduom**, an individual; **Nana Kweku Nduom**, an individual; **Edjah Nduom**, an individual, **Nana Aba Nduom**, an individual; **Robert Klamp**, an individual; **James L. Buckner**, an individual; **Lisa Finch**, an individual; **Francis Baffuor**, an individual; **William C. Goodall**, an individual; **Donald Davidson**, an individual and DOES 1 through 100, Inclusive**,**<br>            **Defendants.** | CASE NO.:  1:20-cv-07198<br><br><br><br>PLAINTIFF BIRIM GROUP, LLC'S CORPORATE DISCLOSURE STATEMENT<br><br>[Rule 7.1] |

Pursuant to Federal Rules of Civil Procedure, Rule 7.1, Plaintiff, **BIRIM GROUP, LLC** states it has no parent corporation and no publicly held corporation owns 10% (Ten Percent) or more of its stock.

Dated: November 17, 2020

**SCHWARTZ & ASIEDU, LAWYERS**

By: */s/Kwasi A. Asiedu*
Kwasi A. Asiedu  (CA Bar No. 133698)
8383 Wilshire Boulevard, Suite 363
Beverly Hills, California 90211
Telephone:  (310) 792-3948
Facsimile:   (561) 423-5969
Email: asiedu@outlook.com

**McMILLAN & HERRELL**

Shelly D. Mcmillan  (CA Bar No. 136618)
Matthew B. Herrell (CA Bar No. 146242)
8383 Wilshire Boulevard, Suite 363
Beverly Hills, California 90211
Telephone: (323) 951-0060
Facsimile:   (323) 951-0061
Email: mcmillanandherrell@hotmail.com

*Attorneys for Birim Group, LLC*