# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Birim Group, LLC, a California Limited Liability Company, Assignee, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 20-cv-7198 |
| v. | ) ) | Honorable Thomas R. Durkin |
| Paa Kwesi Nduom, a.k.a Dr. Paa Kwesi Nduom, Papa Kwesi Nduom, Kwesi P. Nduom, an Individual, et al., | ) ) ) ) ) | |
| Defendants. | ) | |

## **CERTAIN DEFENDANTS' MOTION TO DISMISS**

Paa Kwesi Nduom, GN Bank, an Illinois Federally-Chartered Financial Institution, International Business Solutions, LLC, Groupe Nduom USA, LLC, GN Money, LLC, Yvonne Nduom, Nana Kweku Nduom, Edjah Nduom, Nana Aba Nduom, Robert Klamp, James L. Buckner, Lisa Finch, Francis Baffuor, William C. Goodall, and Donald Davidson, by their undersigned counsel, hereby move this Court pursuant to Fed. R. Civ. P. 12(b)(6), for entry of an order dismissing Plaintiff Birim Group's complaint.

The bases for this motion are more fully set forth in the accompanying Memorandum in Support.

Respectfully Submitted,

**Dr. Papa Kwesi Nduom,
GN Bank, an Illinois Federally-Chartered
Financial Institution,
International Business Solutions, LLC,
Groupe Nduom USA, LLC
GN Money, LLC,
Yvonne Nduom,
Nana Kweku Nduom,
Edjah Nduom,
Nana Aba Nduom,**

1

**Robert Klamp,**
**James L. Buckner,**
**Lisa Finch,**
**Francis Baffuor,**
**William C. Goodall, and**
**Donald Davidson**

By: /s/ Ricardo Meza
    One of their Counsel

    Ricardo Meza (Atty. No. 6202784)
    Meza Law
    161 N. Clark Street, Suite 1600
    Chicago, IL 60601
    (312) 802-0336
    rmeza@meza.law


    Robert M. Andalman (Atty. No. 6209454)
    Rachael Blackburn (Atty. No. 6277142)
    A&G Law LLC
    542 S. Dearborn St.; 10th Floor
    Chicago, IL 60605
    Tel.: (312) 341-3900
    Fax: (312) 341-0700

# CERTIFICATE OF SERVICE

I, Ricardo Meza, an attorney, hereby certify that the foregoing **CERTAIN DEFENDANTS' MOTION TO DISMISS** was electronically filed on April 5, 2021 and will be served electronically via the Court's ECF Notice system upon the registered parties of record.

/s/ Ricardo Meza
Ricardo Meza