# EXHIBIT 1

| | File # 200531810133 |
|---|---|
|  **State of California**<br>Secretary of State<br><br>**LIMITED LIABILITY COMPANY**<br>**ARTICLES OF ORGANIZATION** | **FILED**<br>In the office of the Secretary of State<br>of the State of California<br><br>NOV 0 4 2005  AG |
| A $70.00 filing fee must accompany this form.<br>**IMPORTANT** – Read instructions before completing this form. | This Space For Filing Use Only |

**ENTITY NAME** (End the name with the words "Limited Liability Company," "Ltd. Liability Co.," or the abbreviations "LLC" or "L.L.C.")

1. NAME OF LIMITED LIABILITY COMPANY

BIRIM GROUP, LLC

**PURPOSE** (The following statement is required by statute and may not be altered.)

2. THE PURPOSE OF THE LIMITED LIABILITY COMPANY IS TO ENGAGE IN ANY LAWFUL ACT OR ACTIVITY FOR WHICH A LIMITED LIABILITY COMPANY MAY BE ORGANIZED UNDER THE BEVERLY-KILLEA LIMITED LIABILITY COMPANY ACT.

**INITIAL AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and both Items 3 and 4 must be completed. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 3 must be completed (leave Item 4 blank).

3. NAME OF INITIAL AGENT FOR SERVICE OF PROCESS

KWASI A. ASIEDU, ESQ. ATTORNEY AT LAW

| 4. IF AN INDIVIDUAL, ADDRESS OF INITIAL AGENT FOR SERVICE OF PROCESS IN CALIFORNIA | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 3858 CARSON STREET, SUITE 204, | TORRANCE | CA | 90503 |

**MANAGEMENT** (Check only one)

5. THE LIMITED LIABILITY COMPANY WILL BE MANAGED BY:

   [✓] ONE MANAGER
   [ ] MORE THAN ONE MANAGER
   [ ] ALL LIMITED LIABILITY COMPANY MEMBER(S)

**ADDITIONAL INFORMATION**

6. ADDITIONAL INFORMATION SET FORTH ON THE ATTACHED PAGES, IF ANY, IS INCORPORATED HEREIN BY THIS REFERENCE AND MADE A PART OF THIS CERTIFICATE.

**EXECUTION**

7. I DECLARE I AM THE PERSON WHO EXECUTED THIS INSTRUMENT, WHICH EXECUTION IS MY ACT AND DEED.

_____        10/23/2005
SIGNATURE OF ORGANIZER                    DATE

KWASI A. ASIEDU, ESQ. Attorney For Birim Group, LLC
TYPE OR PRINT NAME OF ORGANIZER

**RETURN TO** (Enter the name and the address of the person or firm to whom a copy of the filed document should be returned.)

| 8. NAME | KWASI A. ASIEDU, ESQ. |
|---|---|
| FIRM | SCHWARTZ & ASIEDU, LAWYERS |
| ADDRESS | 3858 CARSON STREET, SUITE 204 |
| CITY/STATE/ZIP | TORRANCE, CALIFORNIA 90503 |

LLC-1 (REV 03/2005)                        APPROVED BY SECRETARY OF STATE